IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CRIMINAL NO. 11-50124-002 USA v. FREDDIE ALCALA

COURT PERSONNEL: APPEARANCES:

Judge: JIMM LARRY HENDREN Govt. DUSTIN ROBERTS

Clerk: GAIL GARNER Deft. KIMBERLY WEBER

Reporter: THERESA SAWYER

**SENTENCING MINUTE SHEET**

On this date the above named defendant appeared in person and with counsel for sentencing and is sworn.

(X) Inquiry made that defendant is not under influence of alcohol or drugs and is able to comprehend proceedings.
(X) Inquiry made whether defendant is under the care of a physician or taking any medication and is able to comprehend proceedings.
(X) Inquiry made that defendant is satisfied with counsel.
(X) Court determined that defendant and counsel have had opportunity to read and discuss presentence investigation report.
(X) Presentence investigation report reviewed in open court.
(X) Government moves for downward departure pursuant to 5K1.1 and 3553(e) - granted and 3-level departure awarded.
(X) Court expresses final approval of plea agreement.
(X) Counsel for defendant afforded opportunity to speak on behalf of defendant.
(X) Defendant afforded opportunity to make statement and present information in mitigation of sentence.
(X) Attorney for government afforded opportunity to make statement to court.
(X) Court proceeded to impose sentence as follows:

78 months imprisonment; 5 years supervised release; $10,000.00 fine - interest waived.

Criminal No. 11-50124-001

(X) Defendant ordered to comply with standard conditions of supervised release.

(X) Defendant ordered to comply with the following special conditions of supervised release:

Submit to inpatient/outpatient drug testing/treatment as deemed necessary by USPO.

Submit person, residence, place of employment and vehicle to search upon request by USPO.

(X) Defendant ordered to pay total special assessment of $100.00, for count 1, which shall be due immediately.

(X) Counts 2-6 and forfeiture allegation dismissed on motion by the government.

(X) Defendant advised of right to appeal sentence imposed.

(X) Defendant advised of right to apply for leave to appeal in forma pauperis.

(X) Defendant remanded to custody of USMS.

DATE: July 20, 2012

Proceeding began: 11:02 am

ended: 11:59 am